May Term,
1858.

REED
v.
SWINNEY.

Saturday,
June 19.

DUNKIN and Another *v.* TAYLOR and Another.

APPEAL from the *Fountain* Court of Common Pleas.

*Per Curiam.*—The writ in the case issued in the name of *Taylor* and *Embree*, plaintiffs. The complaint was filed in the name of *James Taylor* and *Jesse Embree*, partners under the name of *Taylor* and *Embree*, against the defendants. The defendants moved to dismiss the suit for the variance. The Court overruled the motion. The issues were then made up. Trial; and judgment rendered for the plaintiffs.

The judgment is affirmed with 5 per cent. damages and costs.

*M. M. Milford*, for the appellant.

*I. A. Rice*, for the appellees.

———————◦•◦———————

REED and Others *v.* SWINNEY and Wife.

Saturday,
June 19.

APPEAL from the *Cass* Circuit Court.

*Per Curiam.*—This was an action of waste against a tenant in dower, under the statute of 1843. A demurrer was filed and sustained to the complaint. No exception was taken to the ruling of the Court. The plaintiffs below bring the case here.

There is nothing before us in such form as to enable us to determine the questions attempted to be raised.

The judgment is affirmed with costs.

*H. P. Biddle* and *B. W. Peters*, for the appellants.

*D. D. Pratt* and *S. C. Taber*, for the appellees.